UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:16-cv-81775-DDM

ROY KOCH,

      Plaintiff,
vs.

PARAMETRIC SOLUTIONS, INC.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED FORM OF FINAL ORDER

Now come the Plaintiff, ROY KOCH, by and through undersigned counsel, and Defendant, PARAMETRIC SOLUTIONS, INC., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows:

1. It is hereby stipulated that this case be dismissed with prejudice, with each party to bear its own fees and costs.

2. The parties agree to the stipulated form of final order attached hereto and request that it be entered by the Court.

Dated: May 19, 2017

Respectfully Submitted:

| **SPIELBERGER LAW GROUP, LLC** | **GREENBERG TRAURIG, P.A.** |
|---|---|
| **/s Gabrielle E. Klepper** | **/s *Jon L. Swergold*** |
| Gabrielle E. Klepper | Jon L. Swergold |
| Florida Bar No. 092815 | Florida Bar No. 108510 |
| Gabrielle.klepper@spielbergerlawgroup.com | swergoldj@gtlaw.com |
| | |
| Quinn P. LaHiff | 401 E. Las Olas Blvd., Ste 2000 |
| Florida Bar No. 106456 | Fort Lauderdale, Florida |
| 33301-4223 | |
| Quinn.lahiff@spielbergerlawgroup.com | T: (954) 768-5201 |
| | F: (954) 759-5501 |
| 202 S. Hoover Blvd. | |
| Tampa, Florida 33609 | **Attorneys for Defendant** |
| T: (800) 965-1570 | |
| F: (866) 580-7499 | |
| | |
| **Attorneys for Plaintiff** | |

### CERTIFICATE OF SERVICE

I hereby certify on this 19th day of May 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document is being served by CM/ECF on all counsel of record or pro se parties appearing in this action on this day.

                                           **By:**    **/s Gabrielle E. Klepper**

                                                        Gabrielle E. Klepper