UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81775-MIDDLEBROOKS/BRANNON

ROY KOCH,

    Plaintiffs,

v.

PARAMETRIC SOLUTIONS, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal With Prejudice. (DE 36). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22nd day of May, 2017.

                                                         DONALD M. MIDDLEBROOKS
                                                         UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record